■ LESLIE GREEN, Respondent, v. C. ROBERT IRWIN, Appellant, et al., Defendant

972

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.